## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CARL PRINCE**                                                                                              **PLAINTIFF**

**v.**                                              **3:24-cv-00165-KGB-JJV**

**JACKSON COUNTY, ARKANSAS,**
**by and through elected Sheriff;** *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations, which is a partial recommendation ("Partial Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). Plaintiff Carl Prince has not filed any objections to the Partial Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Partial Recommendation, should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court denies Mr. Prince's motion for preliminary injunction (Dkt. No. 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 2nd day of December, 2024.

                                                                                                   _____
                                                                                                   Kristine G. Baker
                                                                                                   Chief United States District Judge