# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CARL PRINCE**  **PLAINTIFF**

**v.**  **3:24-cv-00165-KGB-JJV**

**JACKSON COUNTY, ARKANSAS,**
**by and through elected Sheriff;** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 26). Plaintiff Carl Prince has not filed any objections to the Partial Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation, should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). Mr. Prince's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith. Mr. Prince's motion for temporary restraining order and/or preliminary injunction is denied as moot (Dkt. No. 31).

It is so ordered this 21st day of August, 2025.

Kristine G. Baker
Chief United States District Judge