# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CARL PRINCE**                                                                                               **PLAINTIFF**

**v.**                                    **3:24-cv-00165-KGB-JJV**

**JACKSON COUNTY, ARKANSAS,**
**by and through elected Sheriff;** *et al.*                                               **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Carl Prince's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 21st day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge